THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA CHENAULT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EFINANCIAL LLC,

Defendants.

NO. 2:26-CV-00307-KKE

**STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE**

NOTE ON MOTION CALENDAR: FEBRUARY 12, 2026

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Christina Chenault and Defendant eFinancial LLC ("Defendant" and, together with Plaintiff Christina Chenault, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending Defendant's deadline to respond to the Complaint by forty-five (45) days. In support of the foregoing request for relief, the Parties state as follows:

1.     On January 27, 2026, Plaintiff filed this putative class action against Defendant. Dkt. 1.

2.     Defendant was served on January 29, 2026. Dkt. 5.

3.     Defendant's current deadline to respond to the Complaint is February 19, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

**STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE**
(NO. 2:26-CV-00307-KKE)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

4.      To permit sufficient time for Defendant to investigate the allegations and for the Parties to engage in preliminary discussions regarding the claims and defenses in this action, the Parties have conferred and agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint by forty-five (45) days, i.e., until Monday, April 6, 2026. Good cause supports the requested extension given the potential for the Parties' preliminary discussions to streamline or resolve the issues in this action, thereby preserving the Parties' resources and promoting judicial economy.

5.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending Defendant's deadline to answer or otherwise respond to the Complaint until April 6, 2026.

6.      The Parties have not sought any prior extension of time and the proposed extension will not affect any previously scheduled dates in this matter.

DATED:  February 12, 2026

By: s/ *Erin K. Earl*
Erin K. Earl, Bar No. 49341
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
EEarl@perkinscoie.com

James G. Snell (*pro hac vice* forthcoming)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
JSnell@perkinscoie.com
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

*Counsel for Defendant*
*eFinancial LLC*

By: s/ *Kira M. Rubel*
Kira M. Rubel, Bar No. 51691
**THE HARBOR LAW GROUP**
8811 N HARBORVIEW DR
STE B
GIG HARBOR, WA 98332
Telephone: +1.949.795.8170
kira@theharborlawgroup.com

Manuel Hiraldo, Esq. (*pro hac vice* forthcoming)
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: +1.954.400.4713
MHiraldo@Hiraldolaw.com

*Counsel for Plaintiff*
*Christina Chenault*

STIPULATED MOTION AND ORDER TO
EXTEND RESPONSE DEADLINE
(NO. 2:26-CV-00307-KKE) –2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## ORDER

IT IS SO ORDERED.

Dated this 12th day of February, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

By:  s/ *Erin K. Earl*
  Erin K. Earl, Bar No. 49341
  **PERKINS COIE LLP**
  1301 Second Avenue, Suite 4200
  Seattle, Washington 98101-3804
  Telephone: +1.206.359.8000
  Facsimile: +1.206.359.9000
  EEarl@perkinscoie.com

  James G. Snell (*pro hac vice*
  forthcoming)
  **PERKINS COIE LLP**
  3150 Porter Drive
  Palo Alto, CA 94304-1212
  JSnell@perkinscoie.com
  Telephone: +1.650.838.4300
  Facsimile: +1.650.838.4350

*Counsel for Defendant*
*eFinancial LLC*

By:  s/ *Kira M. Rubel*
  Kira M. Rubel, Bar No. 51691
  **THE HARBOR LAW GROUP**
  8811 N HARBORVIEW DR
  STE B
  GIG HARBOR, WA 98332
  Telephone: +1.949.795.8170
  kira@theharborlawgroup.com

  Manuel Hiraldo, Esq. (*pro hac vice*
  forthcoming)
  **HIRALDO P.A.**
  401 E. Las Olas Blvd., Suite 1400
  Fort Lauderdale, FL 33301
  Telephone: +1.954.400.4713
  MHiraldo@Hiraldolaw.com

*Counsel for Plaintiff*
*Christina Chenault*

STIPULATED MOTION AND ORDER TO
EXTEND RESPONSE DEADLINE
(NO. 2:26-CV-00307-KKE) –3

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000