THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA CHENAULT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EFINANCIAL LLC,<br><br>Defendants. | NO. 2:26-CV-00307-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DATES**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 27, 2026 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Christina Chenault and Defendant eFinancial LLC ("Defendant" and, together with Plaintiff Christina Chenault, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending initial case scheduling dates by forty-five (45) days. In support of the foregoing request for relief, the Parties state as follows:

1. On January 27, 2026, Plaintiff filed this putative class action against Defendant. Dkt. 1.

2. On February 12, the Parties filed a stipulated motion to extend Defendant's deadline to respond to the complaint by forty-five (45) days. Dkt. 7. The same day, the Court granted that stipulated motion. Dkt. 9.

STIPULATED MOTION AND ORDER TO EXTEND
INITIAL SCHEDULING DATES
(NO. 2:26-CV-00307-KKE)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3.      On February 12, the Court set initial scheduling deadlines as follows (Dkt. 8):

  a.   Deadline for FRCP 26(f) Conference:   3/5/2026

  b.   Initial Disclosures:        3/19/2026

  c.   Combined Joint Status Report and Discovery Plan:  3/26/2026

4.      In light of the forty-five-day extension of Defendant's response deadline, and to permit sufficient time for Defendant to investigate the allegations and for the Parties to engage in preliminary discussions regarding the claims and defenses in this action, the Parties have conferred and agreed to extend each of the initial scheduling dates by forty-five (45) days, which would result in the following deadlines:

  a.   Deadline for FRCP 26(f) Conference:   4/19/2026

  b.   Initial Disclosures:        5/3/2026

  c.   Combined Joint Status Report and Discovery Plan:  5/10/2026

5.      Good cause supports the requested extension given the potential for the Parties' preliminary discussions to streamline or resolve the issues in this action, and for Defendant's response to the complaint to affect the Parties' position on the topics to be discussed in the FRCP 26(f) Conference and presented to the Court in the Joint Status Report and Discovery Plan. The extension thus appropriately preserves the Parties' resources and promotes judicial economy.

6.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the initial scheduling dates as set forth in ¶ 4 of this stipulated motion.

7.      The proposed extensions will not prejudice either party.

STIPULATED MOTION AND ORDER TO EXTEND
INITIAL SCHEDULING DATES
(NO. 2:26-CV-00307-KKE) – 2

DATED: February 27, 2026

By:  s/ *Erin K. Earl*
    Erin K. Earl, Bar No. 49341
    **PERKINS COIE LLP**
    1301 Second Avenue, Suite 4200
    Seattle, Washington 98101-3804
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    EEarl@perkinscoie.com

    James G. Snell (*pro hac vice* forthcoming)
    **PERKINS COIE LLP**
    3150 Porter Drive
    Palo Alto, CA 94304-1212
    JSnell@perkinscoie.com
    Telephone: +1.650.838.4300
    Facsimile: +1.650.838.4350

*Counsel for Defendant*
*eFinancial LLC*

By:  s/ *Kira M. Rubel*
    Kira M. Rubel, Bar No. 51691
    **THE HARBOR LAW GROUP**
    8811 N HARBORVIEW DR
    STE B
    GIG HARBOR, WA 98332
    Telephone: +1.949.795.8170
    kira@theharborlawgroup.com

    Manuel Hiraldo, Esq. (*pro hac vice* forthcoming)
    **HIRALDO P.A.**
    401 E. Las Olas Blvd., Suite 1400
    Fort Lauderdale, FL 33301
    Telephone: +1.954.400.4713
    MHiraldo@Hiraldolaw.com

*Counsel for Plaintiff*
*Christina Chenault*

STIPULATED MOTION AND ORDER TO EXTEND
INITIAL SCHEDULING DATES
(NO. 2:26-CV-00307-KKE) – 3

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of March, 2026.

_Kymberly K Evanson_
_____

Kymberly K. Evanson
United States District Judge

Presented by:

By:  s/ *Erin K. Earl*
     Erin K. Earl, Bar No. 49341
     **PERKINS COIE LLP**
     1301 Second Avenue, Suite 4200
     Seattle, Washington 98101-3804
     Telephone: +1.206.359.8000
     Facsimile: +1.206.359.9000
     EEarl@perkinscoie.com

By:  s/ *Kira M. Rubel*
     Kira M. Rubel, Bar No. 51691
     **THE HARBOR LAW GROUP**
     8811 N HARBORVIEW DR
     STE B
     GIG HARBOR, WA 98332
     Telephone: +1.949.795.8170
     kira@theharborlawgroup.com

James G. Snell (*pro hac vice*
forthcoming)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
JSnell@perkinscoie.com
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Manuel Hiraldo, Esq. (*pro hac vice*
forthcoming)
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: +1.954.400.4713
MHiraldo@Hiraldolaw.com

*Counsel for Defendant*
*eFinancial LLC*

*Counsel for Plaintiff*
*Christina Chenault*

STIPULATED MOTION AND ORDER TO EXTEND
INITIAL SCHEDULING DATES
(NO. 2:26-CV-00307-KKE) – 4

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000