THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA CHENAULT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EFINANCIAL LLC,

Defendant.

NO. 2:26-CV-00307-KKE

**STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES**

NOTE ON MOTION CALENDAR:
MAY 4, 2026

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Christina Chenault and Defendant eFinancial LLC ("Defendant") and, together with Plaintiff Christina Chenault ("Plaintiff") (collectively, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending by thirty (30) days the current deadlines in this action. In support of the foregoing request for relief, the Parties state as follows:

1.      On January 27, 2026, Plaintiff filed this putative class action against Defendant. Dkt. 1.

2.      On February 12, the Parties filed a stipulated motion to extend Defendant's deadline to respond to the complaint by forty-five (45) days. Dkt. 7. The same day, the Court granted that stipulated motion and issued an order setting April 6, 2026, as the new deadline for Defendant to respond to the complaint. Dkt. 9. Also on February 12, the Court set initial scheduling dates for

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES
(NO. 2:26-CV-00307-KKE)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

initial disclosure and submission of the Joint Status Report and Discovery Plan. Dkt. 8. The Parties' stipulated motion to extend those initial scheduling deadlines by forty-five (45) days was filed on February 27, Dkt. 10, and granted on March 2, Dkt. 11.

3.      On March 31, the Parties filed a stipulated motion to extend the deadlines in this action by thirty (30) days. Dkt. 12. On April 1, the Court granted the stipulated motion and entered an order to extend the deadlines by thirty (30) calendar days. Dkt. 13. Following the Court's order, existing case deadlines stand as follows:

   a.   Deadline for Defendant to respond to the complaint: 5/6/2026

   b.   Deadline for FRCP 26(f) Conference:                    5/19/2026

   c.   Initial Disclosures:                                   6/2/2026

   d.   Combined Joint Status Report and Discovery Plan:  6/9/2026

4.      The Parties have been engaging in productive discussions regarding the claims and defenses in this action, which they anticipate could streamline or resolve the issues in this action. To allow sufficient time for the Parties to continue those discussions, the Parties have conferred and agreed to extend each of the existing case deadlines by thirty (30) days, which would result in the following deadlines:

   a.   Deadline for Defendant to respond to the complaint: 6/5/2026

   b.   Deadline for FRCP 26(f) Conference:                    6/18/2026

   c.   Initial Disclosures:                                   7/2/2026

   d.   Combined Joint Status Report and Discovery Plan:  7/9/2026

5.      Good cause supports the requested extension given the potential for the Parties' discussions to streamline or resolve the issues in this action. The extension thus appropriately preserves the Parties' resources and promotes judicial economy.

6.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the existing case deadlines as set forth in ¶ 4 of this stipulated motion.

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES
(NO. 2:26-CV-00307-KKE) – 2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

7.      Neither Party will be prejudiced by this brief extension of case deadlines and the proposed extension will not cause any undue delay.

DATED:  May 4, 2026

By:  s/ *Erin K. Earl*
     Erin K. Earl, Bar No. 49341
     **PERKINS COIE LLP**
     1301 Second Avenue, Suite 4200
     Seattle, Washington 98101-3804
     Telephone: +1.206.359.8000
     Facsimile: +1.206.359.9000
     EEarl@perkinscoie.com

     James G. Snell (*pro hac vice*
     forthcoming)
     **PERKINS COIE LLP**
     3150 Porter Drive
     Palo Alto, CA 94304-1212
     JSnell@perkinscoie.com
     Telephone: +1.650.838.4300
     Facsimile: +1.650.838.4350

*Counsel for Defendant*
*eFinancial LLC*

By:  s/ *Kira M. Rubel*
     Kira M. Rubel, Bar No. 51691
     **THE HARBOR LAW GROUP**
     8811 N HARBORVIEW DR
     STE B
     GIG HARBOR, WA 98332
     Telephone: +1.949.795.8170
     kira@theharborlawgroup.com

     Manuel Hiraldo, Esq. (*pro hac vice*
     forthcoming)
     **HIRALDO P.A.**
     401 E. Las Olas Blvd., Suite 1400
     Fort Lauderdale, FL 33301
     Telephone: +1.954.400.4713
     MHiraldo@Hiraldolaw.com

*Counsel for Plaintiff*
*Christina Chenault*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES
(NO. 2:26-CV-00307-KKE) – 3

[ORDER

IT IS SO ORDERED.

Dated this 6th day of May, 2026.

_Kymberly K. Evanson_
_____
Kymberly K. Evanson
United States District Judge

Presented by:

By: s/ *Erin K. Earl*
Erin K. Earl, Bar No. 49341
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
EEarl@perkinscoie.com


James G. Snell (*pro hac vice*
forthcoming)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
JSnell@perkinscoie.com
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350


*Counsel for Defendant*
*eFinancial LLC*

By: s/ *Kira M. Rubel*
Kira M. Rubel, Bar No. 51691
**THE HARBOR LAW GROUP**
8811 N HARBORVIEW DR
STE B
GIG HARBOR, WA 98332
Telephone: +1.949.795.8170
kira@theharborlawgroup.com


Manuel Hiraldo, Esq. (*pro hac vice*
forthcoming)
**HIRALDO P.A.**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: +1.954.400.4713
MHiraldo@Hiraldolaw.com


*Counsel for Plaintiff*
*Christina Chenault*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES
(NO. 2:26-CV-00307-KKE) – 4