Kira M. Rubel, WSBA No. 51691
**THE HARBOR LAW GROUP**
8811 N Harborview Dr., Ste. B
Gig Harbor, WA 98332
Telephone: (253) 358-2215
kira@theharborlawgroup.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

CHRISTINA CHENAULT, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

EFINANCIAL, LLC

Defendant.

Case No. 2:26-cv-00307-KKE

Honorable Kymberly K. Evanson

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Christina Chenault, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>with</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

Dated: June 4, 2026.

Respectfully submitted,

By: s/ *Kira M. Rubel*

Kira M. Rubel, WSBA No. 51691
**THE HARBOR LAW GROUP**
8811 N Harborview Dr., Ste. B
Gig Harbor, WA 98332
Telephone: (253) 358-2215
kira@theharborlawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically serves all counsel of record.

By: /s/ *Kira M. Rubel*
Kira M. Rubel, WSBA No. 51691