UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA CHENAULT, | CASE NO. C26-0307-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| EFINANCIAL LLC, | |
| Defendant(s). | |

Plaintiff Christina Chenault has notified the Court of her intent to dismiss her individual claims with prejudice, and claims of the putative class members without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A).  Dkt. No. 16.  Accordingly, Plaintiff's individual claims are DISMISSED with prejudice and the putative class members' claims are DISMISSED without prejudice.  The Clerk is directed to administratively close this case.

Dated this 5th day of June, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1